**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David Gonzales, | ) | No. CIV 04-1264-PHX-SMM (GEE) |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Officer Tim Norton # 5656; Officer Todd Trynosky # 7813; and Officer Daniel Latham #7064, | ) ) ) | |
| Defendants. | ) ) | |
| | ) | |

It appearing to the court that the defendants' motion to partial summary judgment is now ready for the court's consideration,

IT IS ORDERED that the reference of this case to the magistrate judge is withdrawn as to the defendants' motion filed on October 9, 2006.  [doc. # 85]

All other matters in this action shall remain with the magistrate judge for disposition as appropriate.

DATED this 12th day of February, 2007.

Stephen M. McNamee
United States District Judge