**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Gonzalez,              ) | No. CV-04-1264-PHX-SMM |
| Plaintiff,          ) | **ORDER** |
| v.                           ) | |
| Officer Tim Norton #5656, Officer Todd ) Trynosky #7813, and Officer Daniel ) Latham #7064, ) | |
| Defendants.         ) | |

Pending before the Court is Plaintiff's Motion to Postpone Ruling on Defendant's Pending Motion for Summary Judgment and Motion to Supplement Summary Judgment Response Upon Completion of Discovery (116). Having failed to comport with Federal Rule of Civil Procedure 56(f), including failing to refer to Rule 56(f) in his motion and failing to present an affidavit setting forth the particular facts he is expected to receive from the additional discovery that will necessitate supplemental briefing to aid the Court in ruling on the motion,

**IT IS HEREBY ORDERED DENYING** Plaintiff's Motion to Postpone Ruling on Defendant's Pending Motion for Summary Judgment and Motion to Supplement Summary Judgment Response Upon Completion of Discovery (116).

DATED this 18th day of April, 2007.

Stephen M. McNamee
United States District Judge