**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David Gonzales, | ) | No. CV 04-1264-PHX-SMM (GEE) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Phoenix Police Department, et al., | ) | |
| Defendants. | ) | |

It appearing to the court that there are no longer any motions pending before the Court and that the case is now ready to proceed to trial as to the following claims:

(a) Plaintiff's claim that Trynosky and Latham violated his constitutional rights when they used excessive force in arresting him

(b) Plaintiff's claim that Norton violated his constitutional rights by failing to intercede

c) Plaintiff's claim that Trynosky, Latham, and Norton violated his constitutional rights by being deliberately indifferent to his medical needs when they failed to promptly provide him medical treatment

**IT IS HEREBY ORDERED** that the reference of this case to Magistrate Judge Glenda E. Edmonds is withdrawn and trial shall proceed before U.S. District Court Judge Stephen M. McNamee.

1    **IT IS FURTHER ORDERED** that a status conference has been scheduled in this
2  case for **August 6, at 2:00 p.m.** in courtroom # 605 on the sixth floor of the United States
3  Courthouse, 401 West Washington Street, Phoenix, Arizona.
4    DATED this 9th day of July, 2007.

_____
Stephen M. McNamee
United States District Judge