**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Gonzalez, ) | No. CV-04-1264-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Officer Tim Norton #5656, Officer Todd Trynosky #7813, and Officer Daniel Latham #7064, ) | |
| Defendants. ) | |

Having considered the parties' Stipulation to Continue Status Conference (Doc.146) and good cause appearing,

**IT IS HEREBY ORDERED VACATING** the Status Conference presently set for **August 6, 2007 at 2:00 p.m.** and resetting it for **October 15, 2007 at 2:00 p.m.**

DATED this 23rd day of July, 2007.

Stephen M. McNamee
United States District Judge