**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Gonzalez,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Officer Tim Norton #5656, Officer Todd Trynosky #7813, and Officer Daniel Latham #7064,<br><br>　　　　Defendants. | No. CV-04-1264-PHX-SMM<br><br>**ORDER** |

　　　Having considered the Joint Motion to Extend Deadlines to Respond to Motions in Limine (Doc. 159), and good cause appearing,

　　　**IT IS HEREBY ORDERED GRANTING** the motion thereby extending the deadline to respond to Motions in Limine until January 3, 2008.

　　　DATED this 2nd day of January, 2008.

Stephen M. McNamee
United States District Judge