**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Gonzalez,<br><br>    Plaintiff,<br><br>v.<br><br>Officer Tim Norton #5656, Officer Todd Trynosky #7813, and Officer Daniel Latham #7064,<br><br>    Defendants. | No. CV-04-1264-PHX-SMM<br><br>**ORDER** |

Pursuant to Stipulation of the parties (Doc.160), and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff shall not offer evidence at trial regarding:

1. Any internal investigations conducted by the City of Phoenix Police Department of any Defendant.

2. Any other lawsuits filed against the Defendants.

3. Opinions from Plaintiff's Police Practices Expert Thomas Streed regarding use of canine (specifically opinions 4, 5, and 6 from his report).

DATED this 3rd day of January, 2008.

_____
Stephen M. McNamee
United States District Judge