**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| David Gonzalez,<br><br>    Plaintiff,<br><br>v.<br><br>Officer Tim Norton #5656, Officer Todd Trynosky #7813, and Officer Daniel Latham #7064,<br><br>    Defendants. | No. CV-04-1264-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the Motion to Withdraw (Doc. 180) as attorneys of record for Plaintiff David Gonzalez filed by G. David DeLozier and Kevin M. Bumstead of G. David DeLozier, P.C.  Good cause appearing therefor,

**IT IS HEREBY ORDERED GRANTING** the Motion to Withdraw (Doc. 180) G. David DeLozier and Kevin M. Bumstead as attorneys of record for Plaintiff David Gonzales.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this Order to the Plaintiff at his last known address.

DATED this 2nd day of May, 2008.

_____
Stephen M. McNamee
United States District Judge